FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JAN -9 PM 4:45

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WAYNE DOUGLAS TILLMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 04-2801** |
| **JO ANNE B. BARNHART COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION: "S" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the the ALJ's decision is based upon substantial evidence and is **AFFIRMED**.

New Orleans, Louisiana, this 9 day of January 2005

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep____
___ Doc. No._____